■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LOMBARDOSSI, Appellant.—Judgment of the Supreme Court, Kings County, rendered March 15, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, P. J., Hopkins, Latham and Cohalan, JJ., concur.